IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DAVID STRONG                                                    PETITIONER

v.                                       Civil No. 3:20-cv-748-DCB-BWR

WARDEN REIZER                                                   RESPONDENT

ORDER ADOPTING REPORT & RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Walker's Report & Recommendation ("R&R") [ECF No. 15], concerning Petitioner's Petition for Writ of Habeas Corpus. [ECF No. 1]. The R&R was entered on July 8, 2022, and objections to it were due by July 22, 2022. No party has filed an objection, and the time to do so has elapsed.

Judge Walker recommended that the Petition for Writ of Habeas Corpus be denied and that this matter dismissed with prejudice. Judge Walker cited Petitioner's failure to exhaust available administrative remedies prior to filing his petition and that Petitioner received all the procedural due process to which he was entitled. [ECF No. 15] at 3-8.

After conducting a de novo review of the R&R, the Court agrees with Judge Walker's recommendation. Accordingly, the R&R is ADOPTED and this Petition is hereby DISMISSED with prejudice.

A Final Judgment shall be entered of even date herewith pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 23rd day of August, 2022.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE